FILED

05/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0504

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0504

_____

D.A. DAVIDSON & CO,

      Plaintiff,

   v.

DONALD SLAYBAUGH on behalf and for the benefit
of THE WHITEFISH MASONIC LODGE 64 and
GRAND LODGE OF AF&AM OF
MONTANA,

      Defendants.

GRAND LODGE OF AF & AM OF MONTANA,

      Cross-Plaintiff and Appellee,

   v.

DONALD SLAYBAUGH, on behalf of and for the
benefit of THE WHITEFISH LODGE 64,

      Cross-Defendant and Appellant,

DONALD SLAYBAUGH, on behalf of and for the
benefit of THE WHITEFISH LODGE 64,

      Cross-Claimant and Appellant,

   v.

GRAND LODGE OF AF & AM OF MONTANA,

      Cross-Defendant and Appellee.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Dan Wilson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 8 2024